Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  15−10178−KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Rhashawn Jenkins
  1009 Melrose Avenue
  Trenton, NJ 08629

Social Security No.:
  xxx−xx−2037

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/11/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 11, 2019
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-10178-KCF
Rhashawn Jenkins                                               Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 2         Date Rcvd: Jan 11, 2019
                           Form ID: 148           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2019.
db          +Rhashawn Jenkins,    1009 Melrose Avenue,    Trenton, NJ 08629-2508
cr          +Cenlar FSB,    425 Phillips Bouelvard,    Ewing, NJ 08618-1430
515260936   +Cenlar,    PO Box 77404,    Trenton, NJ 08628-6404
515260937   +Chambers Emergency Assoc,    66 West Gilbert St,    2nd fl,    Red Bank, NJ 07701-4947
515260939   +Direct Loan Sevc,    PO Box 5609,    Greenville, TX 75403-5609
515260941   +Financial Recoveries,    Re:  St Francis Med Ctr,    PO Box 1388,    Mount Laurel, NJ 08054-7388
515260943   +Goldman & Warshaw,    Re:  Asset Acceptance; DC 7222-01,    PO Box 106,
             Pine Brook, NJ 07058-0106
515365992   +Homebridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Boulevard,
             Ewing, NJ 08618-1430
515260944   +McCabe Weisberg & Conway,    Re:  Home Bridge/Cenlar,    216 Haddon Avenue,    Suite 600,
             Westmont, NJ 08108-2814
515260945   +Mercer County Child Support Enforcement,    PO Box 8068,    c/o Stephanie Wainwright,
             Trenton, NJ 08650-0068
515260946   +Pluese, Becker & Saltzman,    Re:  Cenlar,    20000 Horizon Way,    Mount Laurel, NJ 08054-4318
515260948   +Revenue Recovery Corp,    Re:  Chambers Emerg Phys,    612 Gay Street,    Knoxville, TN 37902-1603
515260949   +St. Francis Medical Center,    601 Hamilton Avenue,    Trenton, NJ 08629-1915
515260950   +St. Francis Medical Center,    100 Front Street,    Riverside, NJ 08075-1181
515434944    U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
             Harrisburg, PA   17106-9184
515260951   +U.S Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2019 00:22:06    U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2019 00:22:03    United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ  07102-5235
515260953    EDI: CITICORP.COM Jan 12 2019 04:48:00     Zales,    PO Box 9025,    Des Moines, IA 50368
515260935   +EDI: CAPITALONE.COM Jan 12 2019 04:48:00     Capital One,    PO Box 30285,
             Salt Lake City, UT 84130-0285
515260938   +EDI: CITICORP.COM Jan 12 2019 04:48:00     Citibank (Home Depot),    PO Box 6500,
             Sioux Falls, SD 57117-6500
515260940   +EDI: TSYS2.COM Jan 12 2019 04:48:00     FDS Bank/DSNB/Macys,    9111 Duke Blvd,
             Mason, OH 45040-8999
515260942   +EDI: RMSC.COM Jan 12 2019 04:48:00     GEMB/Lowes,    PO Box 981400,    El Paso, TX 79998-1400
515260947    EDI: PRA.COM Jan 12 2019 04:48:00     Portfolio Recovery Associates,
             Re:  GEMB/Lowes/ Capital One,    120 Corporate Blvd,    Ste 1,    Norfolk, VA 23502
515496042    EDI: PRA.COM Jan 12 2019 04:48:00     Portfolio Recovery Associates, LLC,    c/o Capital One,
             POB 41067,    Norfolk VA 23541
515496014    EDI: PRA.COM Jan 12 2019 04:48:00     Portfolio Recovery Associates, LLC,    c/o Lowe's,
             POB 41067,    Norfolk VA 23541
515260952   +EDI: VERIZONCOMB.COM Jan 12 2019 04:48:00     Verizon NJ,    500 Technology Drive,
             Weldon Spring, MO 63304-2225
                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Homebridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Boulevard,
             Ewing, NJ 08618-1430
                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                          Signature:  /s/Joseph Speetjens

District/off: 0312-3          User: admin            Page 2 of 2           Date Rcvd: Jan 11, 2019
                             Form ID: 148            Total Noticed: 27

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2019 at the address(es) listed below:
      Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Albert  Russo    docs@russotrustee.com
      Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor   HomeBridge Financial Services, Inc.
      dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      John  Zimnis    on behalf of Debtor Rhashawn  Jenkins njbankruptcylaw@aol.com.
      Rebecca Ann Solarz    on behalf of Creditor   HomeBridge Financial Services, Inc.
      rsolarz@kmllawgroup.com
      Robert P. Saltzman    on behalf of Creditor   Homebridge Financial Services, Inc. dnj@pbslaw.org
      Robert P. Saltzman    on behalf of Creditor   Cenlar FSB dnj@pbslaw.org
                                                             TOTAL: 8